# EXHIBIT "A"

Privacy Max

Hi this is _____ with Western Medical am I speaking to (State their name) How are you? (Wait for them to respond) You just spoke with one of the Identity theft reps and they transferred you over to me I am part of the quality assurance team and I just need to quickly verify that your information is correct. (Then verbally verify the spelling of their name, address and phone number. It is at this point that you would transition into the braces by asking if they had received their packet of information yet)

IF THEY SAY YES: Great have you had a chance to read through it? (Wait for their response) Did you see the Covered Benefit Notification? I want to take a minute and explain this because the information is so important and you are going to want to take full advantage of this opportunity. We get so many calls from seniors that are suffering from back and knee issues and I am sure being a senior that you probably have some of these issues yourself correct? (Again wait for their response they will tell you exactly how you need to proceed from here also make sure to show empathy say something like "You are not alone" or "I am really sorry to hear that you are having those problems") The notification was to let you know that you qualify for back and knee supports (braces) and that there is absolutely no out of pocket expense for you. This is a covered benefit through your insurance and the best part about it is that we do all the paperwork for you all you have to do is get the braces put them on and feel better. That is really nice isn't it? (Wait for them to respond you can also explain to them that the braces are designed by orthopedic surgeons and these are the same type of braces that athletes wear when they have injuries or to help them prevent injury. Building value is very important.)

IF THEY SAY NO: You will be receiving that shortly but let me briefly explain what is coming (Let them know that the packet will include a cover letter, a two page explanation of benefits for the identity theft and more importantly a Covered Benefit Notification. You can then go into what the notification is about) I want to take a minute and explain this because the information is so important and you are going to want to take full advantage of this opportunity. We get so many calls from seniors that are suffering from back and knee issues and I am sure being a senior that you probably have some of these issues yourself correct? (Again wait for their response they will tell you exactly how you need to proceed from here also make sure to show empathy say something like "You are not alone" or "I am really sorry to hear that you are having those problems") The notification was to let you know that you qualify for back and knee supports (braces) and that there is absolutely no out of pocket expense for you. This is covered benefit through your insurance and the best part about it is that we do all the paperwork for you all you have to do is get the braces put them on and feel better. That is really nice isn't it? (Wait them to respond you can also explain to them that the braces are designed by orthopedic surgeons these are the same type of braces that athletes wear when they have injuries or to help them prevent injury. Building value is very important.)

12/11/13, 8:17:21 AM MST