**EXHIBIT "C"**



**Fwd: Script** Inbox

**Mike Marchant**
to me
4:01 PM (0 minutes ago)

---------- Forwarded message ----------
From: **Mike Marchant** <mmarchant@westernms.com>
Date: Fri, Nov 22, 2013 at 12:30 PM
Subject: Script
To: Rourke Mace <rmace@westernms.com>

Hi, this is _____ with Western Medical, am I speaking to _____. Oh great, well hi _____ how is your day going? Oh that's good to hear..., _____, it looks like you were transferred to me by one of my identity theft representatives and I'm here to talk to you about the second portion of information and verify a few things for us. I'm in a different division here in our company, at Western Medical we are a Medicare certified DME provider. We work along side Medicare to help seniors with their entitled benefits. I see here _____, that you have been using Medicare for a little while now right? Ok perfect...well I see here that you are eligible to receive a back support and two knee supports paid for by medicare, were you aware of that _____. You weren't? Oh, perfect...well I'm happy to bring the good news for you today. This is a fully covered benefit that you have earned through medicare so there is no out of pocket expense for you at all. I just simply verify a few things and send a note to your doctor letting them know that you are eligible to receive the supports at no cost, paid for by medicare. Your doctor handles everything from that point forward. Ok, now concerning your knees and back, do you experience stiffness and soreness everyday or just every now and again? Ok wonderful.....that's exactly why I am talking with you today...

Click here to Reply or Forward