## INDEX OF EXHIBITS

**EXHIBIT A**          Western Medical Original Call Script

**EXHIBIT B**          Excerpt, Western Medical Packet

**EXHIBIT C**          Western Medical Updated Call Script

**EXHIBIT D**          Western Medical Medicare Statement