# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* CRAIG BEARDEN,<br><br>    Plaintiffs,<br><br>v.<br><br>ARIZONA MEDICAL SUPPLY, LLC, dba WESTERN MEDICAL and SENIOR FIRST MEDICAL; KMR MEDICAL, LLC; KPM CAPITAL, LLC; PRIVACY MAXX, LLC; and JODY ROOKSTOOL,<br><br>    Defendants. | Case No. 2:13–CV–01127–DAK–BCW<br><br><br>**ORDER**<br><br><br>District Judge Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Relator Craig Bearden and the United States hereby notify the Court that they have reached a settlement fully resolving all issues in this lawsuit and have stipulated to dismiss the case in its entirety with prejudice.

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

IT IS FURTHER ORDERED that the case be closed.

Signed this 8th day of August, 2018.

                                            BY THE COURT:

                                            Dale A. Kimball
                                            United States District Judge